No. 934. GREENE COUNTY NATIONAL FARM LOAN ASSOCIATION ET AL. *v.* FEDERAL LAND BANK OF LOUISVILLE ET AL. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *F. H. Parvin* for petitioners. *Solicitor General McGrath, Paul A. Sweeney, W. Carroll Hunter* and *William C. Goodwyn* for respondents.

No. 974. HAYS *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION; and
No. 975. PORTEOUS *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION. April 29, 1946. Petition for writs of certiorari to the District Court of Appeal, Third Appellate District, of California, denied. *Charles Lederer* for petitioners. *G. D. Schilling* for respondent.